UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEROME ELLIOT KEYES,

    Petitioner,

v.                                         Case No. 8:11-cv-1794-T-17TGW

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.

## ORDER

THIS CAUSE is before the Court on Petitioner Jerome Keyes' motion for default judgment. (Doc. No. 9).

### Background

The Court ordered Respondent to respond to Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Respondent filed a motion for extension of time which the Court granted. Petitioner filed a motion for default judgment because Respondent requested a motion for extension of time to respond.

### Default Judgment

The Eleventh Circuit has held that default judgments are inappropriate in habeas corpus cases. *Gammon v. McNeil*, 2009 WL 1883863 (N.D. Fla., June 27, 2009) (citing *Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir.1987) ("[A] default judgment is not contemplated in habeas corpus cases...."). Other circuits agree. *See, e.g., Lemons v. O'Sullivan*, 54 F.3d 357, 364-65 (7th Cir.1995) ("Default judgment is an extreme sanction that is disfavored in habeas corpus cases."); *Gordon v. Duran*, 895 F.2d 610, 612 (9th Cir.1990) ("The failure to respond to claims raised in a petition for habeas corpus does not

entitle the petitioner to a default judgment."); *Allen v. Perini*, 26 Ohio Misc. 149, 424 F.2d 134, 138 (6th Cir.1970) (concluding that default judgments are not available in habeas corpus proceedings, and that Federal Rule of Civil Procedure 55 pertaining to entry of default judgment is not applicable in habeas corpus cases).

Accordingly, the Court orders:

That Petitioner's motion for default judgment (Doc. No. 9) is denied.

ORDERED at Tampa, Florida, on DECEMBER 21st, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Jerome Keyes